AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| Congregation of Ridnik, et al. | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 18-cv-11533 (NSR) |
| Village of Airmont, et al. | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  See Attached Rider

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Benjamin D. Bleiberg
Norton Rose Fulbright US LLP
1301 Avenue of the Americas
New York, New York 10019-6022
Telephone: (212) 318-3000
Fax: (212) 318-3400

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 18-cv-11533 (NSR)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

[Print]  [Save As...]  [Reset]

**RIDER TO SUMMONS**

To: (*Defendant's name and address*)

Village of Airmont has principal offices located at 251 Cherry Lane, Tallman, Rockland County, New York 10982.

Philip Gigante has a residence located at 14 Edgebrook Lane, Airmont, Rockland County, New York 10952.

Lisa-Ann Dimarsico-Smith has a residence located at 1 Coe Farm Road, Suffern, Rockland County, New York 10901.

Village of Airmont Board of Trustees has principal offices located at 251 Cherry Lane, Tallman, Rockland County, New York 10982.

Paul Marchesani has a residence located at 10 Vermeer Court, Airmont, Rockland County, New York 10901.

Anthony Valvo has a residence located at 1 Farview Terrace, Airmont, Rockland County, New York 10901.

Peter Blunnie has a residence located at 17 Ackerman Avenue, Airmont, Rockland County, New York 10901.

Kevin Warbrick has a residence located at 12 Highview Avenue, Tallman, Rockland County, New York 10982.

Village of Airmont Zoning Board of Appeals has principal offices located at 251 Cherry Lane, Tallman, Rockland County, New York 10982.

Martin Kivell has a residence located at 37 Montclair Avenue, Airmont, Rockland County, New York 10952.

Arthur Katz has a residence located at 4 Krashes Court, Airmont, Rockland County, New York 10952.

Charles Picarelli has a residence located at 3 Frontier Lane, Airmont, Rockland County, New York 10952.

Laurie DiFrancesco has a residence located at 32 Fawn Hill Drive, Airmont, Rockland County, New York 10952.

Scott Meier has a residence located at 53 Shuart Road, Airmont, Rockland County, New York 10952.

Matt Ryan has a residence located at 7 Donald Road, Airmont, Rockland County, New York 10901.

Linda Carbone has a residence located at 3 Montclair Avenue, Airmont, Rockland County, New York 10952.

Building Department of the Village of Airmont has principal offices located at 251 Cherry Lane, Tallman, Rockland County, New York 10982.

Marino Fontana has a residence located at 6 Scott Street, Sloatsburg, Rockland County, New York 10974.

Planning Board of the Village of Airmont has principal offices located at 251 Cherry Lane, Tallman, Rockland County, New York 10982.

John Cornelius has a residence located at 10 Provost Drive, Suffern, Rockland County, New York 10901.

Douglas Whipple has a residence located at 55 Church Road, Airmont, Rockland County, New York 10901.

William Philip has a residence located at 1 Van Gogh Lane, Airmont, Rockland County, New York, 10901.

Russel Hock has a residence located at 50 Campbell Avenue, Airmont, Rockland County, New York 10901.

Pavle Lecei has a residence located at 13 Stage Street, Airmont, Rockland County, New York 10901.

Ken Brezner has a residence located at 54 Regina Road, Airmont, Rockland County, New York 10952.

Community Design Review Committee has principal offices located at 251 Cherry Lane, Tallman, Rockland County, New York 10982.

Dan Kraushaar has a residence located at 61 Washington Avenue, Suffern, Rockland County, New York 10901.

Eve Mancuso has a residence located at 12 Wintergreen Road, Sloatsburg, Rockland County, New York 10974.

Shlomo Pomeranz has a residence located at 45 Pennington Way, Spring Valley, Rockland County, New York 10977.

Louis Zummo has a residence located at 7 Racoon Lane, Highland Mills, Orange County, New York 10930.

Stu Turner has a residence located at 114 Sylvan Way, Tuxedo Park, Orange County, New York 10987.

Corey Martin has a residence located at 42 Hempstead Road, Spring Valley, Rockland County, New York, 10977.

Suzanne Carley has a residence located at 798 Sassafras Court, Mahwah, Bergen County, New Jersey 07430.

Sean Mack has a residence located at 1 Reina Court, Valley Cottage, Rockland County, New York 10989.

Anthony Santucci has an office located at located at 251 Cherry Lane, Tallman, Rockland County, New York 10982.