

179 WESTBURY AVENUE, CARLE PLACE, NEW YORK 11514   PHONE (516)334-4500   FAX (516)334-4501   WWW.SOKOLOFFSTERN.COM

LEO DORFMAN
LDORFMAN@SOKOLOFFSTERN.COM

February 4, 2019

Hon. Nelson S. Román
United States District Court
300 Quarropas Street
White Plains, NY 10601

**VIA ECF**

      Re:    *Congregation of Ridnik, et al. v. Vill. of Airmont, et al.,*
               Docket No. 18 Civ. 11533 (NSR) (LMS)

Your Honor:

    We represent all Defendants in this matter, except Matt Ryan, who we understand is recently deceased. We write on behalf of all Parties to request that the Court set March 18, 2019 as the deadline for Defendants to answer, move, or otherwise respond to the Complaint. Plaintiffs join in this request.

    Per the attached Stipulation, Defendants (except Mr. Ryan) have agreed to waive the Defense of insufficient service of process. *See* Ex. A.

    Additionally, Plaintiffs will discontinue the action against Matt Ryan, with prejudice. We are filing a separate Stipulation of Partial Discontinuance to this effect.

    Thank you for your consideration of this matter.

                                                                           Respectfully submitted,

                                                                            SOKOLOFF STERN LLP

                                                                            Leo Dorfman

cc:    All counsel of record
       **VIA ECF**