

**SOKOLOFF STERN LLP**

179 WESTBURY AVENUE, CARLE PLACE, NEW YORK 11514   PHONE (516)334-4500   FAX (516)334-4501   WWW.SOKOLOFFSTERN.COM

LEO DORFMAN
LDORFMAN@SOKOLOFFSTERN.COM

June 14, 2019

*[Handwritten: Application for extension of briefing schedule as set forth below is granted. Clerk of the Court requested to terminate the motion (doc. 35). No further extensions. Dated: June 14, 2019  SO ORDERED: [signature]  HON. NELSON S. ROMÁN  UNITED STATES DISTRICT JUDGE]*

**Via ECF**
Hon. Nelson S. Román
United States District Court
300 Quarropas Street
White Plains, NY 10601

Re:   *Congregation of Ridnik, et al., v. Vill. of Airmont, et al.*,
Docket No. 18 Civ. 11533 (NSR)(LMS)

Your Honor:

We represent the Defendants. We write to respectfully request a 30-day extension—from June 17, 2019 to July 17, 2019—of Defendants' deadline to serve their motion to dismiss the First Amended Complaint ("FAC"). This is Defendants' first request for such an extension.

The complexity of this case and the press of other matters necessitate this request. The 82-page FAC contains allegations dating back nearly 40 years and concerns three distinct land-use projects at varying stages of the review process. Each Plaintiff asserts nine causes of action under the U.S. Constitution, Religious Land Use and Institutionalized Persons Act, and the Fair Housing Act. They also challenge the facial validity of former and current provisions of the Village of Airmont's zoning code, some of which with a legislative history dating back nearly two decades. A brief extension is necessary to fully address the factual and legal issues this case presents.

Accordingly, we respectfully request the following revised briefing schedule:

- By July 17, 2019 – Defendants to serve (but not file) their moving papers;
- By August 16, 2019 – Plaintiffs to serve (but not file) their opposition papers; and
- By August 30, 2019 – Defendants to serve their reply papers and parties to file all motion documents.

Plaintiffs consent to a 10-day extension, but not to 30 days. Defendants must request the full 30 because of the complexity of the issues and because we have briefing in the Second Circuit, together with other matters, that would directly conflict with Plaintiffs' proposed schedule. Due to these conflicts, and in light of the upcoming Independence Day holiday, we respectfully submit a 30-day extension is reasonable and proper.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/14/2019

SOKOLOFF STERN LLP

Hon. Nelson S. Román
June 14, 2019
Page 2 of 2

      Thank you for consideration of this matter.

                                        Respectfully submitted,
                                        SOKOLOFF STERN LLP

                                        Leo Dorfman

cc:      All parties by ECF