

**SOKOLOFF STERN LLP**

179 WESTBURY AVENUE, CARLE PLACE, NEW YORK 11514   PHONE (516)334-4500   FAX (516)334-4501   WWW.SOKOLOFFSTERN.COM

*MEMO ENDORSED*

ALEXANDER J. ELEFTHERAKIS
AELEFTHERAKIS@SOKOLOFFSTERN.COM

July 16, 2019

The application is  X granted.
                      ___ denied.

_[signature]_

Nelson S. Román, U.S.D.J.
Dated: July 17, 2019
White Plains, New York 10601
Clerk of the Court requested to terminate the motion (doc. 38).

**Via ECF**
Hon. Nelson S. Román
United States District Court
300 Quarropas Street
White Plains, NY 10601

Re:   *Congregation of Ridnik, et al. v. Vill. of Airmont, et al.*
      Docket No. 18 Civ. 11533 (NSR)

Your Honor:

We represent the Defendants. Per the Court's Individual Rule 3(B), we write to request permission to file a 35-page memorandum of law in support of Defendants' motion to dismiss the First Amended Complaint ("FAC"). The 82-page FAC concerns three distinct land-use projects, and each plaintiff asserts nine causes of action under the Religious Land Use and Institutionalized Persons Act, the Fair Housing Act, and the U.S. Constitution. The additional pages are necessary to fully address the multitude of factual allegations and legal claims.

Thank you for your consideration of this matter.

Respectfully submitted,
SOKOLOFF STERN LLP

_[signature]_
Alexander J. Eleftherakis

cc:   All parties by ECF

*[Filing stamp: ELECTRONICALLY FILED   DATE FILED: 7/17/2019]*