UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONGREGATION OF RIDNIK, RABBI MOISHE BERGER, CONGREGATION KOLLEL MEOR YOSEF, RABBI DAVID RIBIAT, CONGREGATION KHAL BOSTON, RABBI ABRAHAM HOROWITZ, and CHAIM CAHAN<br><br>                                  Plaintiffs,<br>      -against-<br><br>VILLAGE OF AIRMONT, PHILIP GIGANTE, VILLAGE OF AIRMONT BOARD OF TRUSTEES, VILLAGE OF AIRMONT ZONING BOARD OF APPEALS, LAURIE DIFRANCESCO, BUILDING DEPARTMENT OF THE VILLAGE OF AIRMONT, LOUIS ZUMMO, PLANNING BOARD OF THE VILLAGE OF ARIMONT, COMMUNITY DESIGN REVIEW COMMITTEE, DAN KRAUSHAAR, EVE MANCUSO, STU TURNER, and SHLOMO POMERANZ,<br><br>                                  Defendants. | **NOTICE OF MOTION**<br><br>18 Civ. 11533 (NSR)(LMS) |

**PLEASE TAKE NOTICE** that, upon the annexed Declaration of Alexander J. Eleftherakis and the exhibits annexed thereto; the accompanying *Memorandum of Law in Support of Defendants' Motion to Dismiss*; and upon all pleadings and proceedings in this case, Defendants Village of Airmont, Philip Gigante, Village of Airmont Board of Trustees, Village of Airmont Zoning Board of Appeals, Laurie Difrancesco, Building Department of the Village of Airmont, Louis Zummo, Planning Board of the Village of Arimont, Community Design Review Committee, Dan Kraushaar, Eve Mancuso, Stu Turner, and Shlomo ("Defendants") will move this Court before the Honorable Nelson S. Román at the United States District Court, located at 300 Quarropas Strett, White Plains, NY 10601, on a date and time to be determined by the Court, for an Order pursuant to Fed. R. Civ. P. 12(b)(1) and (6) dismissing Plaintiffs' First Amended Complaint in its entirety with prejudice, together with such other and further relief as this Court

deems just, equitable, and proper.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to court order, opposition papers are to be served by August 16, 2019, and reply papers by August 30, 2019.

Dated:  Carle Place, New York
        July 17, 2019

                                                          SOKOLOFF STERN LLP
                                                          *Attorneys for Defendants*

By:    Brian S. Sokoloff
        Leo Dorfman
        Alexander J. Eleftherakis
        179 Westbury Avenue
        Carle Place, New York 11514
        (516) 334-4500
        File No. 180175

TO:    NORTON ROSE FULBRIGHT US LLP
         *Attorneys for Plaintiffs*
         1301 Avenue of the Americas
         New York, New York 10019-6022

         FIRST LIBERT INSTITUTE
         *Attorneys for Plaintiffs*
         2001 W Plano Parkway
         Suite 1600
         Plano, Texas 75075