UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CONGREGATION OF RIDNIK, et al.,

        Plaintiff,

-against-

VILLAGE OF AIRMONT, et al.,

        Defendants.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/12/2021

18-cv-11533 (NSR)

ORDER GRANTING
MOTION FOR
LEAVE TO WITHDRAW
AS COUNSEL

**NELSON S. ROMÁN, United States District Judge:**

Upon a review of the moving papers it is hereby ordered that pursuant to Local Civil Rule 1.4, Alexander J. Eleftherakis' Motion for Leave to Withdraw as Counsel for Defendants is hereby granted. The Court notes that Defendants continue to be represented by Brian Sokoloff and Leo Dorfman who have been counsel of record since making an appearance in this litigation on January 15, 2019. (ECF Nos. 17 & 18.)

Dated: April 12, 2021
       White Plains, New York

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge

1